DANIEL AVERY, ADMINISTRATOR, ETC., APPELLANT, *v.* MALACHI FOLEY, RESPONDENT.

*Referee.*

No exception lies to the refusal of a referee to find the particulars which go to make up his general conclusions of fact.

It is erroneous for a referee to find the evidence of facts instead of the facts themselves. (*Beck* v. *Sheldon,* 48 N. Y., 369.)

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*H. A. Maynard*, for the appellant.

*James Lyon*, for the respondent.

Opinion by GILBERT, J.

Judgment reversed and new trial granted before another referee, costs to abide event.